# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

GS HOLISTIC, LLC.

Plaintiff, : Case Nos. 2:23-cv-3234
2:23-cv-3578
2:23-cv-3601

District Judge Walter H. Rice
Magistrate Judge Michael R. Merz

v.

GOODFELLAS SMOKE SHOP LLC, et al,

Defendants.
:

## DECISION AND ORDER TO FILE DOCUMENTS UNDER SEAL

Defendants' counsel in the above-captioned actions have tendered for filing what they have captioned as "Under Seal For In Camera Inspection Response With Additional Information To Court's Order Of March 18, 2026, Regarding Motion For Leave To Withdraw As Counsel For Defendants." Although the document is marked "under seal," counsel have neither sought nor received permission to file under seal, but the Clerk has inquired whether the documents should in fact be filed under seal.

Examining the documents *sua sponte* under the standard adopted by the Sixth Circuit in *Shane Group., Inc., v. Blue Cross Blue Shield of Michigan,* 825 F.3d 299 (6th 2016), the Magistrate

Judge finds they would be appropriately filed under seal and the Clerk instructed to proceed accordingly.

March 31, 2026.

s/ *Michael R. Merz*
United States Magistrate Judge