IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

GS HOLISTIC, LLC

Plaintiff,

v.

LAYLAS HOOKAH LOUNGE LLC d/b/a
LAYLA'S SMOKE SHOP and ABDALLA AZZAM

Defendants.

CASE NO. 2:23-cv-3234

DISTRICT JUDGE WALTER H. RICE

---

**DECISION AND ENTRY OVERRULING PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANTS FOR FAILURE TO APPEAR FOR DEPOSITION (DOC. #82) WITHOUT PREJUDICE TO RENEWAL UPON DISPOSITION OF CAPTIONED CAUSE**

---

Plaintiff's Motion for Sanctions Against Defendants for Failure to Appear for Deposition (Doc. #82), is **OVERRULED**, without prejudice to renewal, should renewal be deemed advisable by Plaintiff, upon the termination of the captioned cause, whether through trial, motion, settlement, or by other means.

**IT IS SO ORDERED.**

Date: 9-15-26

Walter H. Rice
WALTER H. RICE
UNITED STATES DISTRICT JUDGE